August 26, 2011

Mr. Stephen G. Tipps
Baker & Botts, L.L.P.
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995
Mr. Kevin H. Dubose
Alexander Dubose & Townsend LLP
1844 Harvard Street
Houston, TX 77008-4342

RE: Case Number: 09-0073
 Court of Appeals Number: 04-07-00234-CV
 Trial Court Number: DC-03-84

Style: MERCK & CO., INC.
 v.
 FELICIA GARZA, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Willett and Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Eloy Garcia|
| | |
| |Mr. Keith E. |
| |Hottle |